SUMMERS, J., is of the opinion the writ should be granted.

SANDERS, J., concurs in refusal of writ. The state's remedy is by appeal. A ruling that a defendant is incapable of standing trial is a final judgment as to that issue. See State v. Hebert, 187 La. 318, 174 So. 369. Therefore, the state is entitled to an appeal. See Reporter's Comments, Art. 648, C.Cr.P. and Op.Atty.Gen. 1942–1944, p. 249.

199 So.2d 914

**Donald E. DAHL**

v.

**The NATIONAL BANK OF COMMERCE IN NEW ORLEANS.**

No. 48690.

June 5, 1967.

In re: Donald E. Dahl applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 196 So.2d 578.

The application is denied. According to the facts of the case as found to be by the Court of Appeal, the judgment complained of is correct.